Berthe E. Martin, appellee, v. Louis H. Frank, appellant.    Gen. No. 26,111.

Action of forcible detainer. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 4, 1921. Rehearing, denied October 17, 1921.

Adler, Lederer & Beck, for appellant. Rosenthal, Hamill &

Wormser, for appellee; Charles H. Hamill and Herman L. Ellsworth, of counsel.

Mr. Justice Barnes delivered the opinion of the court.